690

THOMPSON, Appellant, vs. BAREIS, Respondent.

For the appellant: *E. E. Burns* of Platteville.
For the respondent: *Kopp & Brunckhorst* of Platteville.
*By the Court.*—Judgment affirmed.

BLUDAU, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *B. R. Perrigo,* attorney, and *John S. Barry* of counsel, both of Milwaukee.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Yahr-Lange, Inc., and Employers Mutual Liability Insurance Company: *Quarles, Spence & Quarles,* attorneys, and *E. H. Borgelt* and *Lawson Adams* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.